IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | | |
|---|---|---|
| DARREN HENRY JOHNSON, | ) | |
| Institutional ID No. 1526739, | ) | |
| SID No. 4099609, | ) | |
| Previous TDCJ No. 824637, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | CIVIL ACTION NO. |
| | ) | 5:10-CV-060-C |
| TEXAS DEPARTMENT OF | ) | ECF |
| CRIMINAL JUSTICE, *et al.*, | ) | |
| | ) | |
| Defendant(s). | ) | |

## **ORDER**

The United States Magistrate Judge entered a Report and Recommendation on May 27, 2010, recommending that the District Court grant Plaintiff's Motion to Dismiss filed May 12, 2010, and dismiss Plaintiff's complaint and all claims alleged therein pursuant to Federal Rule of Civil Procedure 41(a)(2).

The Court accepts and adopts the findings, conclusions, and recommendation of the Magistrate Judge.

It is, therefore, ORDERED:

(1)    Plaintiff's Motion to Dismiss filed May 12, 2010, is GRANTED.

(2)    Plaintiff's complaint and all claims alleged therein are dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2).

(3)    Any pending motions are denied.

Plaintiff is admonished that if he re-files his civil rights complaint, he must either pay the full filing fee of $350.00 or file an application to proceed *in forma pauperis* and a certificate of his inmate trust account.

Dated June 1, 2010.

/s/ Sam R. Cummings

SAM R. CUMMINGS
UNITED STATES DISTRICT JUDGE